U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 14 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 01-50043-02 |
| VERSUS | * | JUDGE STAGG |
| RAY WEST | * | MAGISTRATE JUDGE HORNSBY |

## ORDER

Before the Court is a "Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure", filed by the United States.

IT IS ORDERED that RAY WEST's sentence is hereby amended to **97** months.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 4th day of March, 2007.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE